DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Reidy v. Whitehart Ass'n, Inc.<br><br>Case below:<br>185 N.C. App. ——<br>(7 August 2007) | No. 445P07 | 1. Plts' NOA Based Upon a Constitutional Question (COA06-1310)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Plts' PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 10/11/07<br><br>3. Denied 10/11/07 |
| Richards v. N.C. Tax Review Bd.<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 329P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1364) | Denied 10/11/07 |
| Sanders v. State Personnel Comm'n<br><br>Case below:<br>183 N.C. App. ——<br>(1 May 2007) | No. 262P07 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA06-149)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/11/07<br><br>2. Dismissed as Moot 10/11/07 |
| Spaulding v. Honeywell Int'l, Inc.<br><br>Case below:<br>184 N.C. App. ——<br>(3 July 2007) | No. 390P07 | Plt-Appellant's PDR (COA06-1221) | Denied 11/08/07 |
| State v. Angram<br><br>Case below:<br>185 N.C. App. ——<br>(4 September 2007) | No. 500P07 | Def's PDR Under N.C.G.S. 7A-31 (COA07-143) | Denied 11/08/07 |
| State v. Bates<br><br>Case below:<br>179 N.C. App. 628 | No. 456P05-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-777-2) | Denied 10/11/07<br><br>**Hudson, J., Recused** |
| State v. Bingham<br><br>Case below:<br>182 N.C. App. 347 | No. 205P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-639)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 10/11/07<br><br>3. Denied 10/11/07 |
| State v. Black<br><br>Case below:<br>182 N.C. App. 347 | No. 316P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-620)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. 7A-31 | 1. ——<br><br>2. Allowed 11/08/07<br><br>3. Denied 11/08/07 |